1998 OK JUD ETH 6

**JUDICIAL ETHICS OPINION 1998–6.**

**No. 1998–6.**

Oklahoma Judicial Ethics Advisory Panel.

Decided July 7, 1998.

Filed: July 24, 1998.

■

1998 OK JUD ETH 7

**JUDICIAL ETHICS OPINION 1998–7.**

**No. 1998–7.**

Oklahoma Judicial Ethics Advisory Panel.

Decided July 7, 1998.

Filed: July 24, 1998.

QUESTION: **What is the meaning of the term "Publicly State Support" as stated in Canon 5(C)(2): "A candidate should not ... personally solicit publicly stated support."**

WE ANSWER: **Canon 5(C)(2) provides as follows: "A candidate should not personally solicit campaign contributions or personally solicit publicly stated support."**

This Canon suggests campaign actions that a candidate may not do, but which his committee may do. A judicial candidate should not ask others to make public statements of

support of the Judge's candidacy, just as the Judge himself cannot solicit nor accept campaign contributions. These are matters that the judicial candidate should leave to a committee working for his candidacy. Certainly, a judicial candidate's committee may seek financial support and obtain public statements of support.

/s/ Robert L. Bailey, Chairman

/s/ Robert A. Layden, Vice Chairman

/s/ Milton C. Craig, Secretary